

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

April 18, 2019

Clerk, United States Bankruptcy Court
Eastern District Of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:     Wells Fargo Bank, N.A. as servicing agent for HSBC Bank USA, National Association As Trustee For Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2007-1 vs. Santo C Lopez, et al.
Case No.    19-41456-ess

Dear Sir or Madam:

Wells Fargo Bank, N.A. as servicing agent for HSBC Bank USA, National Association As Trustee For Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2007-1 made a motion for relief which is currently pending before this court and currently scheduled to be heard on May 7, 2019. Final Notice of Section 521 Deficiencies was filed on April 15, 2019 as docket entry 14. Secured Creditor respectfully requests that the Court hold off on dismissing this case pursuant to 11 U.S.C. Section 521(i) until after its motion is heard.

If you have any questions, please feel free to call.

Very truly yours,

*Courtney R. Williams*

By:     Courtney R. Williams, Esq.